IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHEREAMORE TOELLE,<br><br>Plaintiff,<br><br>vs.<br><br>CLARKSON COMMUNITY CARE CENTER, INC.,<br><br>Defendant. | 4:25CV3133<br><br><br>ORDER |

Powers Law and Kathleen M. Neary moved to withdraw as counsel for Plaintiff Shereamore Toelle. Filing No. 21. The Court held a hearing on the motion on February 2, 2026. Plaintiff is not opposed to the motion.

Accordingly,

IT IS ORDERED as follows:

1)    The motion to withdraw filed by Powers Law and Kathleen M. Neary, as counsel of record for Plaintiff, Filing No. 21, is granted.

2)    On or before March 2, 2026, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the Court of her intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiff's claims without further notice.

3)      The Clerk shall add Plaintiff's address to the docket, as set forth below, so she receives notice in this case:

709 7th Street

Wisner, NE 68791

Dated this 2nd day of February, 2026.

BY THE COURT:

_s/ Jacqueline M. DeLuca_

United States Magistrate Judge