IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SHEREAMORE TOELLE,

Plaintiff,

vs.

CLARKSON COMMUNITY CARE
CENTER, INC.,

Defendant.

4:25-CV-3133

JUDGMENT

On the parties' joint stipulation to dismiss with prejudice (filing 42), this case is dismissed with prejudice, each party to pay their own costs.

Dated this 16th day of June, 2026.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge